US. District Clerk's office,

1:14cv153

My Names Sean McNerthney, I have a case pending in the US. Western District Court, I'd like to notify the court of my change of address. So I will be going to State Jail, off F.M. 969-78724, I do not know exact address, tell I get there, which I shall notify the court of our exact address. hopfully my change of address is not too late, I am making payment off my books so I cant see why my case would be dropped

thank you
Blessid Day Sean

**RECEIVED** MAY 23 2014 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY_____ DEPUTY

**FILED** MAY 23 2014 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY_____ DEPUTY

I lost all my paper work. Can you please send me more.

